UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KENYON FIELDS** | * | CIVIL ACTION NO. 12-537 |
| | * | |
| **Plaintiffs** | * | |
| | * | SECTION: H |
| | * | JUDGE JANE TRICHE MILAZZO |
| **VERSUS** | * | |
| | * | MAGISTRATE: 3 |
| **CAIN, ET AL.** | * | MAG. DANIEL E KNOWLES, III |
| | * | |
| **Defendants** | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>**ORDER**</u>

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Kenyon Fields for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 9th day of November, 2012.

_____
 **JANE TRICHE MILAZZO**
 **UNITED STATES DISTRICT JUDGE**